# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00099-CV

**A. K., Appellant**

**v.**

**Texas Department of Family and Protective Services, Appellee**

## FROM THE 395TH DISTRICT COURT OF WILLIAMSON COUNTY, NO. 12-0197 -F395, THE HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant A.K. filed her notice of appeal on February 12, 2013. The appellate record was complete March 8, 2013, making appellant's brief due March 28, 2013. On March 27, 2013, counsel for appellant filed a motion for extension of time to file appellant's brief.

Recent amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a), available at http://www.supreme.courts.state.tx.us/MiscDocket/12/12903200.pdf (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than April 17, 2013. If the brief is not filed by that date, counsel may be required to show cause why she should not be held in contempt of court.

It is ordered on March 28, 2013.

Before Chief Justice Jones, Justices Goodwin and Field